United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 14, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 06-30494
_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

                    versus

VANCE ROOKS, JR.,

                                        Defendant - Appellant.
_____

Appeal from the United States District Court
for the Western District of Louisiana, Shreveport Div.
USDC No. 5:04-CR-50067-ALL
_____

Before REAVLEY, JOLLY, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     We AFFIRM Rooks's convictions.  The jury instruction properly
stated the jury could find Rooks guilty of either receiving or
distributing child pornography in violation of 18 U.S.C. §
2252A(a)(2) because the statute is unambiguous and because "a
disjunctive statute may be pleaded conjunctively and proved
disjunctively."  See United States v. Harrelson, 705 F.2d 733, 736
(5th Cir. 1983).  Furthermore, Rooks's receiving conviction under
18 U.S.C. § 2252A(a)(2) and his possession conviction under 18
U.S.C. § 2252A(a)(5) are neither multiplicitous nor violate the

---

     [*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Fifth Amendment because they are different crimes: a person can possess child pornography he manufactured, and a person might no longer possess child pornography he once received.  We also note that the two convictions were for different images of child pornography.

AFFIRMED.

2